AO 91 (Rev. 08/09)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Jesus Edwardo Gonzalez Sanchez | ) | Case No.   7:26-MJ-061 |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

**FILED**

March 24, 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____M. Ramirez_____

DEPUTY

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____March 22, 2026_____ in the county of _____Midland, Texas_____ in the

_____Western_____ District of _____Texas_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21 USC 841(a)(1) | did knowingly and intentionally possess with intent to distribute a controlled substance, which offense involved a quantity of 50 grams or more of Methamphetamine, a Schedule II Controlled Substance |

This criminal complaint is based on these facts:

SEE ATTACHMENT

☑ Continued on the attached sheet.

Attested to by applicant pursuant to Rule
4.1 of Fed. R. Crim. P. by phone & email.

_____/s/ Matthew Sedillo_____
*Complainant's signature*

_____Matthew Sedillo MPD Detective_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____03/24/2026_____

_____Judge's signature_____

City and state: _____Midland, Texas_____

_____Ronald Griffin U.S. Magistrate Judge_____
*Printed name and title*

**AFFIDAVIT**                         **7:26-MJ-061**

I, Matthew Sedillo, a Detective with the Midland Texas Police Department Narcotics Unit, (Midland PD), being duly sworn state:

1.        I have successfully completed training emphasizing narcotics investigation and law enforcement. I have been employed by the Midland Texas Police Department as a police officer and detective for approximately 19 years and I have approximately 14 years of narcotics related investigative experience as a Police Officer of the Midland Police Department.

2.        I am familiar with the facts and circumstances of this investigation as a result of my personal participation in the investigation referred to in this affidavit and information summarized in reports I have reviewed.  I have compiled information derived from numerous discussions with experienced law enforcement officers, and detectives of the Midland Police Department.  Since this complaint is being submitted for the limited purpose of establishing probable cause, I have not included each and every fact known by me in the investigation.  More specifically, I have set forth only pertinent facts that I believe are necessary to establish probable cause.  Based on the facts cited in the body of this affidavit, I believe that probable cause exists that Jesus Edwardo Gonzalez Sanchez did knowingly and intentionally possess with intent to distribute a quantity of 50 grams or more of Methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code 841(a)(1).

3.        On March 22, 2026, Detective Sedillo received information from a cooperating source that advised a Hispanic male was operating a red Honda Civic and was in possession of a large quantity of Methamphetamine.  The cooperating source advised the Hispanic male was traveling from Midland, Texas to Odessa, Texas to the Baymont Inn and Suites located at 3023 West Highway 80 East next to the Ramada Motel.

4.        Law enforcement responded to the area and Detectives observed a red Honda Civic 4-door New Mexico License plate BWAC26 parked on the eastside of the motel next to a white Nissan truck.  Detective Sedillo observed a Hispanic male wearing a white t-shirt, jeans and red shoes standing between the Honda Civic and Nissan truck talking with another Hispanic male sitting in the Nissan truck.  After approximately fifteen minutes talking, Detectives observed the Hispanic male wearing a white t-shirt, jeans and red shoes enter the red Honda

Civic New Mexico License plate BWAC26 and pull away from the motel. The Honda Civic was only occupied by the Hispanic male and law enforcement never observed any individual place any item inside the red Honda Civic prior to the Honda leaving. The cooperating source confirmed the red Honda Civic New Mexico License plate BWAC26 was the vehicle that contained the Methamphetamine.

5.      Law enforcement followed the red Honda Civic New Mexico license plate BWAC26 as the vehicle headed north on John Ben Sheppard Parkway. Detectives observed the Honda Civic passing vehicles in the 5300 block of North John Ben Sheppard Parkway, which is a 55 mile per hour zone. This information was relayed to K-9 Officer Tayler, who was already in the area to assist with conducting a traffic stop. K-9 Officer Tayler also confirmed the red Honda Civic was traveling 62 miles per hour by utilizing his radar.

6.      K-9 Officer Tayler activated his emergency red and blue lights to conduct a traffic stop for the above-mentioned violation. K-9 Officer Tayler contacted the driver and sole occupant who was identified as Jesus Edwardo Gonzalez Sanchez. While K-9 Officer Tayler was checking Sanchez through dispatch for warrants and active drivers license, K-9 Officer Tayler asked for consent to search the vehicle, which Sanchez refused. K-9 Officer Tayler then utilized his K-9 to conduct an open air sniff of the red Honda Civic, which gave a positive alert for the presence of illegal narcotics.

7.      During a search of the vehicle, K-9 Officer Tayler located approximately two kilos of Methamphetamine in a suitcase in the rear of the vehicle. Sanchez's cell phone was located inside the vehicle and seized for evidence. Sanchez was then transported to the Odessa Police Department to be interviewed in reference to the illegal narcotics located.

8.      During a Mirandized interview, Sanchez advised he resides in Carlsbad, New Mexico and he came to Midland, Texas for the weekend to hangout with a friend. Sanchez advised he stayed at a motel in Midland, Texas on Friday and Saturday and was heading back to New Mexico today. Sanchez denied knowledge or ownership of the Methamphetamine located in the back of his vehicle. Sanchez stated the friend he was visiting asked him to transport some Methamphetamine to Carlsbad, New Mexico, but he refused. Sanchez advised he did obtain United States Currency (approximately $1,000.00) from his friend to take to an individual in Carlsbad, New Mexico. Sanchez admitted to being a user of Methamphetamine and advised

2

he was just released from prison/supervised release approximately four months ago for a federal drug case out of Roswell, New Mexico.  Sanchez initially consented to a search of his cell phone, but quickly withdrew once Detective Sedillo inquired about the passcode.

9.    Sanchez was transported to the Midland County Detention Center to be placed on a federal remand pending federal prosecution.

10.    The punishment Sanchez faces if convicted of the alleged charges in this complaint is a minimum mandatory term of imprisonment for ten years to life; a minimum term of supervised release for five years up to a maximum term of life, a maximum fine of up to $10,000,000; and a $100 special assessment.

11.    Assistant United States Attorney Kevin Cayton is aware of this incident and has approved federal prosecution of Jesus Edwardo Gonzalez Sanchez.

_/s/ Matthew Sedillo_____        _03/24/2026_____
Matthew Sedillo                                                Date
Narcotics Detective
Midland Police Department

Attested to by applicant pursuant to Rule 4.1 of Fed. R. Crim. P. by phone & email.

Sworn to and subscribed before me in my presence.

_____        _03/24/2026_____
Ronald C. Griffin                                              Date
United States Magistrate Judge